DECEMBER 20, 1995

No. 94–1837.  BARNETT BANK OF MARION COUNTY, N. A. v. NELSON, FLORIDA INSURANCE COMMISSIONER, ET AL.  C. A. 11th Cir. [Certiorari granted *sub nom. Barnett Bank of Marion*

*County, N. A.* v. *Gallagher,* 515 U. S. 1190.] Motion of respondents for divided argument granted.